UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GREGORIO ROBERTO ORTIZ, JR., ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> STATE SUPERIOR COURT, et al., ) <br> ) <br> Respondents. ) <br> _____ ) | No. CV 06-03072-AHM (VBK) <br><br> ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE PETITION FOR WRIT OF HABEAS CORPUS |

Pursuant to 28 U.S.C. §636, the Court has made a *de novo* review of the Petition for Writ of Habeas Corpus ("Petition"), Respondent's Motion to Dismiss, Petitioner's Opposition, all of the records herein and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that: (1) The Court accepts and adopts the Report and Recommendation, and (2) Judgment be entered denying and dismissing the Petition with prejudice.

DATED: June 11, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE