# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| GREGORIO ROBERTO ORTIZ, JR., | No. CV 06-03072-AHM (VBK) |
| Petitioner, | JUDGMENT |
| v. | |
| STATE SUPERIOR COURT, et al., | |
| Respondents. | |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that Judgment be entered denying and dismissing the Petition with prejudice.

DATED: June 11, 2008

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE